IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY JAMES LITTLETON, JR.**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #168012**

v.　　　　　　　　　　　Case No: 4:24-cv-00230-LPR

**SHIRLEY HUDSON, et al.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 23). No objections have been filed, and the time for doing so has expired.[1] After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 18) is GRANTED. Plaintiff's claims against Defendants Hudson, Washington, and Whitaker are DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] It appears that the file-marked copy of the RD mailed to Plaintiff was returned to the Court as "unclaimed." *See* Doc. 24. It is therefore likely that Plaintiff has not received the RD. Out of an abundance of caution, the Court will allow Plaintiff an additional 30 days to file objections to the RD. Plaintiff must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment. If Plaintiff does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.